Sequan Jackson 08328-510
MDC Brooklyn
Metropolitan Detention Center
PO Box 329002
Brooklyn, NY 11232

Honorable Jed S Rakoff
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



7021 0350 0000 7702 6518



U.S. POSTAGE PAID
FCM LETTER
STATEN ISLAND, NY
10301
AUG 02, 22
AMOUNT
$4.60
R2305K135079-07
10007

7/31/2022

Honorable Jed S.Rakoff

Daniel Patrick Moynihan

United States Courthouse

500 Pearl St.

New York, NY 10007-1312


U.S. Attorney Rushmi Bhaskaran

Southern District of New York

One St. Andrews Plaza

New York, NY 1007


Sequan Jackson 08328-510

MDC Brooklyn

Metropolitan Detention Center

P.O. Box 329002

Brooklyn, NY 11232


Dear Judge Rakoff,

    I am writing to you regarding my criminal Case # 1:22-cr-00352-JSR. I am wishing to wave my rights to file any motions and proceed to a speedy trial. I understand the purpose of the motions and lawyer has advised me as best as he can. I am disregarding his advice and would like to proceed with trial.

CC: Rusnmi Bhaskaran

                                              Thank You