UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JATIEK SMITH et al.,

Defendants.

---

22-cr-352 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Further to letters from defendants Jatiek Smith, Rahmiek Lacewell, Anthony McGee, Sequan Jackson, and Damon Dore (previously docketed at ECF 40, 43, 53, 54, and 55) and the response from the Government (ECF 56), the Court hereby orders an in-person conference of all defendants and their counsel and counsel for the Government on Tuesday, September 13, 2022 at 4:15 PM at 500 Pearl Street, Courtroom 14B. This date is not subject to change.

SO ORDERED.

New York, NY
August 10, 2022

_____
JED S. RAKOFF, U.S.D.J.

1