LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

August 25, 2022

**BY ECF**
The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Sequan Jackson; 22 Cr. 352 (JSR)**

Dear Judge Rakoff:

    I represent Sequan Jackson in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on June 28, 2022.

    On August 18, 2022, the Court held a substitution of counsel proceeding. At the conclusion of the proceeding, Your Honor asked that we provide an update as to whether Mr. Jackson would like us substituted with new counsel. I write to inform the Court, that after conferring with Mr. Jackson, he wishes to continue with us as his counsel.

    Respectfully submitted,

    /s/

    Anthony Cecutti
    Kestine Thiele