5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
         -against-                      :           **ORDER**
                                        :
                                        :
     Sequan Jackson                     :        22cr352-02 (JSR)
                                        :        _____
                                        :           Docket #
----------------------------------------x


_____Hon. Jed S. Rakoff,_____, **DISTRICT JUDGE**:
         Judge's Name

The C.J.A. attorney assigned to this case

__Anthony Cecutti_____ is hereby ordered substituted
         Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to __Susan Kellman_____, NUNC-PRO-TUNC _____.
                              Attorney's Name

                              SO ORDERED.


                              _Jed S. Rakoff, U.S.D.J._____
                              UNITED STATES DISTRICT JUDGE


Dated:   New York, New York   9/14/2022