# JOB OFFER LETTER



8-30-2022

Re: Offer Letter

Dear Sequan Jackson,

On behalf of Tune It Up Auto, I am pleased to offer you employment with Tune It Up Auto, in the position of Mechanic, starting upon release. In that position, you will report to Andrew and Alberto.

During your employment, you will be paid a base salary at the weekly salary of $640.00 a week. Your compensation will be paid in regular installments in accordance with the Company's regular payroll process, and subject to applicable tax and other withholdings. As an exempt employee, you will not be eligible for any overtime pay. This position is a full-time position and your regular salary will be prorated based on a 40 hour work week.

Sequan Jackson, we are excited by the prospect of you joining the Company.

Sincerely,
Tune It Up Auto
718-524-6060

By: