```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>SEQUAN JACKSON, ET AL.<br><br>Defendants. | 22-cr-352 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Defendant Sequan Jackson appeals Magistrate Judge Aaron's June 28, 2022 detention order. Having considered the arguments of Mr. Jackson and the Government and the recommendation of Pretrial Services that Mr. Jackson be released on bail, the Court concludes that conditions exist that will reasonably assure the safety of the community and Mr. Jackson's appearance on trial. The Court accordingly orders Mr. Jackson released on a personal recognizance bond of $250,000 to be secured by six financially responsible persons. His release shall be subject to the following conditions:

- Home incarceration at the residence of Mr. Jackson's girlfriend, Gwendolyn Raniel Hunter, to be subject to full electronic monitoring. Defendant shall not be allowed to leave the place of home incarceration except for necessary meetings with counsel or medical appointments, and only then with the express pre-approval of Pretrial Services. Any

1

- (pre-approved) travel shall be restricted to the Southern District of New York.

- Defendant is to have no contact with any members of the Bloods gang, any defendant in this case (except through counsel), anyone convicted of or who has pending criminal charges against them, or any EMS companies, public adjustors, or their employees.

- Defendant shall surrender his passport to Pretrial Services, and shall not obtain any new passport or any international travel document.

- Defendant shall not possess a firearm, destructive device, or other weapon.

- Defendant shall submit to a drug test and, if positive, submit to testing and treatment as determined by Pretrial services.

Mr. Jackson has also proposed a system of ongoing video monitoring in his home. In the event that the Government wishes to designate an agent to monitor such video streams or otherwise arrange for video monitoring, the Court will consider any such request.

SO ORDERED.

New York, NY
October 15, 2022

_____
JED S. RAKOFF, U.S.D.J.