UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>SEQUAN JACKSON,<br><br>Defendant. | 22 Cr. 352 (JSR)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that I am admitted to practice in this Court and that I am entering my appearance as co-counsel in this case for the defendant **Sequan Jackson**.

Dated: November 1, 2022

                                        Respectfully submitted,

                                         /s/ *Ezra Spilke*
                                        Ezra Spilke
                                        Law Offices of Ezra Spilke, PLLC
                                        1825 Foster Avenue, Suite 1K
                                        Brooklyn, New York 11230
                                        T: (718) 783-3682
                                        ezra@spilkelaw.com