UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA,

-against-

Sequan Jackson

                              Defendant

22 Cr. 352 (JSR)

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that, on the accompanying Memorandum of Law, Declaration of Susan Kellman, and annexed exhibits, the Defendant Sequan Jackson will move this Court for an order suppressing all Title III wiretap evidence from the Title III interceptions of a cell phone used by Sequan Jackson (347-662-1334) and his co-defendant Jatiek Smith (929-320-8554) on which the Defendant has standing and granting any other relief that this Court deems just and proper.

Dated:      Brooklyn, New York
              February 13, 2023

Respectfully submitted,

*Susan G. Kellman*
_____
Susan G. Kellman, Esq.
Ezra Spilke, Of Counsel
Chris La Tronica, Of Counsel
25 Eighth Avenue
Brooklyn, NY 11217
718-783-8200
sgk@kellmanesq.com
ezra@spilkelaw.com
cmlatronica.law@gmail.com
Attorneys for Sequan Jackson

TO:     DAMIAN WILLIAMS, ESQ.
         United States Attorney
         Southern District of New York

Attn:   Adam Hobson, Mollie Bracewell
         Rushmi Bhakaran, Eliz. Espinsoa.
         Assistant United States Attorneys