| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| THE UNITED STATES OF AMERICA,<br><br>-against-<br><br>Sequan Jackson<br>Defendant | 22 Cr. 352 (JSR)<br><br>**DECLARATION OF<br>SUSAN KELLMAN<br>IN SUPPORT OF<br>PRETRIAL MOTIONS** |

I, SUSAN KELLMAN, ESQ., declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney duly admitted to practice before this Court and in the State of New York.

2. This Declaration, the Memorandum of Law submitted herewith, and the exhibits submitted and incorporated herein, are respectfully submitted in support of Sequan Jackson's Motion to Suppress as set forth in the Notice of Motion and Memorandum of Law.

3. I have reviewed the government's disclosures of Title III applications and orders in this case.

4. I have received 3500 material from the government for forty-four named witnesses in this case.

5. I have reviewed the government's transcripts from the calls intercepted during the Title III Interceptions and identified Sequan Jackson as a participant in forty-two calls intercepted on co-defendant Smith's phone.

6. On November 11, 2021 at approximately 2:50 PM co-defendant Smith initiated an interview with the NYPD. The purpose of this interview was to discuss First Response's operations. Smith did this after learning that the NYPD spoke to the owner of another fire mitigation company about First Response.

7. The exhibits annexed hereto and referenced in the Memorandum of Law are as follows:

| | | |
|---|---|---|
| EXHIBIT A | | HSI Special Agent William Clark Affidavit in Support of Application for Title III Interceptions, October 14, 2021 |
| EXHIBIT B | | HSI Special Agent William Clark Affidavit in Support of Application for Extension of Title III Interceptions, November 12, 2021 |
| EXHIBIT C | | Application for Sealing Order Upon Termination of Interception, December 14, 2021 |
| EXHIBIT D | | First Periodic Report Pursuant to the November 12, 2021 Order Authorizing Interception of Wire Communications, November 22, 2021 |
| EXHIBIT E | | Second Periodic Report Pursuant to the November 12, 2021 Order Authorizing Interception of Wire Communications, December 3, 2021 |
| EXHIBIT F | | Selected Portions of Cellebrite Examination of Forensic Extraction of Co-Defendant Jatiek Smith, March 2, 2021 |
| EXHIBIT G | | Excerpts from Title III Interception Transcripts Containing the Word "Chat" |

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, I respectfully request that the Court grant the relief sought in the Defendant Sequan Jackson's Notice of Motion.

Dated:  Brooklyn, New York
        February 13, 2023

*Susan G. Kellman*
Susan G. Kellman, Esq.
Ezra Spilke, Of Counsel
Chris La Tronica, Of Counsel
25 Eighth Avenue
Brooklyn, NY 11217
718-783-8200
sgk@kellmanesq.com
ezra@spilkelaw.com
cmlatronica.law@gmail.com
Attorneys for Sequan Jackson

TO:  DAMIAN WILLIAMS, ESQ.
     United States Attorney
     Southern District of New York

Attn: Adam Hobson, Mollie Bracewell, Rushmi Bhakaran, Eliz. Espinsoa.
      Assistant United States Attorneys

2