UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | 22 Cr. 352 (JSR) |
| -against- | NOTICE OF EXHIBITS FILED UNDER SEAL |
| Sequan Jackson | |
| Defendant | |

Pursuant to the operative protective order in the above captioned case, the following exhibits are filed under seal:

| | |
|---|---|
| EXHIBIT A | HSI Special Agent William Clark Affidavit in Support of Application for Title III Interceptions, October 14, 2021 |
| EXHIBIT B | HSI Special Agent William Clark Affidavit in Support of Application for Extension of Title III Interceptions, November 12, 2021 |
| EXHIBIT C | Application for Sealing Order Upon Termination of Interception, December 14, 2021 |
| EXHIBIT D | First Periodic Report Pursuant to the November 12, 2021 Order Authorizing Interception of Wire Communications, November 22, 2021 |
| EXHIBIT E | Second Periodic Report Pursuant to the November 12, 2021 Order Authorizing Interception of Wire Communications, December 3, 2021 |
| EXHIBIT F | Selected Portions of Cellebrite Examination of Forensic Extraction of Co-Defendant Jatiek Smith, March 2, 2021 |
| EXHIBIT G | Excerpts from Title III Interception Transcripts Containing the Word "Chat" |