

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 20, 2022

**BY EMAIL**

Michael Vitaliano, Esq.
Attorney for Jatiek Smith

Michael Bradley, Esq.
Attorney for Damon Dore

Susan Kellman, Esq.
Attorney for Sequan Jackson

Glen Kopp, Esq.
Dan Stein, Esq.
Attorneys for Rahmiek Lacewell

Re:    ***United States v. Jatiek Smith, Sequan Jackson, Damon Dore, and Rahmiek Lacewell***
***22 Cr. 352 (JSR)***

Counsel:

Based on your request, this letter provides notice, pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P."), of certain expert testimony that the Government intends to offer during its case-in-chief at trial. The Government reserves the right to call additional expert witnesses, and will promptly provide notice if the Government elects to do so.

## I.  Disclosure by the Government

The Government hereby provides notice that it may call the following individuals, or similar witnesses, as expert witnesses at trial: (1) Federal Bureau of Investigation ("FBI") Special Agent Richard Busick; and (2) Detective Christopher Bruno of the New York City Police Department ("NYPD").

### A.  Cell Site Testimony

The Government expects that Special Agent Richard Busick, a certified member of the FBI's Cellular Analysis Survey Team ("CAST"), or another similar witness, will provide testimony concerning how cell sites work and his analysis of certain of the cell site records and call detail records previously produced in Rule 16 discovery in this case. Special Agent Busick is expected to prepare demonstrative exhibits for the cell site evidence that the Government will seek to introduce at trial. These exhibits will display some of the cell site information for cellphones belonging to the defendants and/or their co-conspirators at or around the times and places where certain acts of violence or extortion occurred. These include, but are not limited to, the following incidents:

- On or about September 15, 2020 in the vicinity of 119-53 229th Street, Cambria Heights;
- On or about November 13, 2020 in the vicinity of 505 East 93rd Street, Brooklyn
- On or about January 14, 2021 in the vicinity of 244 Montrose Avenue, Brooklyn;
- On or about April 5, 2021 in the vicinity of 32-07 68th Street, Queens;
- On or about May 24, 2021, in the vicinity of 123-16 145 Street, Queens; and
- On or about October 21, 2021, in the vicinity of 37 Reiss Lane, Staten Island.

We have attached, at Exhibit A, Special Agent Busick's maps reflecting the geographical locations of the cell sites to which certain phones used by the defendants and/or their co-conspirators connected on the particular dates listed above. Special Agent Busick reserves the right to modify those maps in advance of trial and supplement them with additional analysis. Special Agent Busick will testify, based on his training and experience (which includes, among other things, training in radio frequency and drive testing), as well as his examination of the cell site data, geolocation data, and maps provided in this case, that the cell site data he reviewed is consistent with the users of those phones being at the locations of the particular incidents described above at or around the times of those incidents. A copy of Special Agent Busick's *curriculum vitae* is attached as Exhibit B.

## B. Expert on Gangs

The Government expects to call Detective Christopher Bruno of the NYPD, or another similar witness, to testify about the Bloods street gang, including, the following topics: (1) the structure and organization of the Bloods; and (2) coded language, symbols, hand gestures, and clothing used to signify membership in the Bloods. Detective Bruno will offer testimony relating to social media evidence, phone communications, and documents recovered during certain physical searches, including but not limited to the document bearing bates stamp USAO_042458. In particular, Detective Bruno will testify that communications, posts, and physical items from those sources contain Bloods codes, symbols, hand gestures, and clothing consistent with membership in the Bloods gang.

Detective Bruno has been with the NYPD since July 2006. Detective Bruno became an Investigator in 2013, a Detective in 2014, and a Second Grade Detective in 2022. He is currently assigned to the Federal Bureau of Investigations Safe Streets Gang Task Force and has been since December 2021.

Detective Bruno has been the lead and assisting investigator in numerous gang, organized crime, and narcotics investigations at both the state and federal level. In that capacity, Detective Bruno has been the lead investigator in three wiretap-related investigations. During his tenure in the Staten Island Gang unit, Detective Bruno conducted a wiretap investigation into a group of Bloods gang members who were involved in the sale of narcotics and a number shooting incidents. On both the state and federal level, Detective Bruno has been involved in over 100 interviews or debriefings, including of numerous Bloods members.

### C.        Additional Notice – Cell Phone Extraction

Although the Government maintains that such testimony would not constitute expert testimony, the Government wishes to notify you that absent a stipulation between the parties, we may call witnesses from the Homeland Security Investigations at the Department of Homeland Security ("HSI") and/or from the FBI to testify regarding the extraction of data from certain cellular phones or electronic devices recovered from the defendants.  Although this notice is being provided in an abundance of caution, Rule 16(a)(1)(G) does not require expert disclosures under these circumstances. *See United States v. Marsh*, 568 F. App'x 15, 16-17 (2d Cir. 2014) (summary order) (finding no error in allowing lay, non-expert testimony relating to search of electronic device where witness simply "explained his training," "described" his search, and "testified to the contents of the messages retrieved from the phone"); *United States v. Berry*, 318 F. App'x 569, 569 (9th Cir. 2009) (unpublished opinion) (expert testimony not necessary where witness "simply testified to what he found on the hard drive of [defendant's] computer, without expressing an opinion that required specialized knowledge or offering insight beyond common understanding").

## II.  Demand for Reciprocal Discovery and Notice

In light of your request for the foregoing notice, the Government hereby requests reciprocal notice under Fed. R. Crim. P. 16(b)(1)(C).  The Government also repeats its request for reciprocal discovery under Fed. R. Crim. P. 16(b).  Specifically, the Government requests that you allow inspection and copying of any books, or copies or portions thereof, which are in the defendant's possession, custody or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial; and that you disclose any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, which are in the defendant's possession or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial or which were prepared by a witness whom the defendant intends to call at trial.

Finally, pursuant to Fed. R. Crim. P. 12.1(a), the Government reiterates its demand for appropriate notice if the defendant intends to offer evidence relating to an alibi defense with respect to any of the acts of violence or extortion described above and in Special Agent Busick's report attached in Exhibit A.

The Government also reiterates its request that the defendant disclose prior statements of witnesses he will call to testify, including expert witnesses.  *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 225 (1975).  We request that such material be provided on the same

basis upon which we agree to supply the defendant with 3500 material relating to Government witnesses.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: _____
Rushmi Bhaskaran
Mollie Bracewell
Elizabeth Espinosa
Adam Hobson
Assistant United States Attorneys
(212) 637-2439 / 2218 / 2216 / 2484

# Exhibit A

# FBI CELLULAR ANALYSIS SURVEY TEAM

# HISTORICAL MOBILE DEVICE LOCATION ANALYSIS

 

SA Richard V. C. Busick
FBI New York

FBI Case #: 245D-NY-3401520

Account Records Analyzed

| | |
|---|---|
| (347) 233-9164  (T-Mobile) | (347) 445-8914  (T-Mobile) |
| (347) 471-9646  (T-Mobile) | (347) 552-8393  (T-Mobile) |
| (347) 662-1334  (T-Mobile) | (347) 861-1248  (T-Mobile) |
| (929) 263-5126  (T-Mobile) | (929) 320-8554  (T-Mobile) |

(718) 414-9771  (AT&T)

## October 17, 2022

Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

# INTRODUCTION



**1.        Background**
The Federal Bureau of Investigation (FBI) Cellular Analysis Survey Team (CAST) was requested by the United States Attorney's Office for the Southern District of New York to analyze cell phone records for (347) 233-9164, (347) 445-8914, (347) 471-9646, (347) 552-8393, (347) 662-1334, (347) 861-1248, (718) 414-9771, (929) 263-5126, and (929) 320-8554 ("target cell phones").

**2.        Methodology**
An analysis was performed on the call detail records obtained for the target cell phones.  The call detail records documented the network interaction to and from the target cell phones.  Additionally, the records documented the cell tower and cell sector ("cell site") which served each cell phone during this activity.  Used in conjunction, the call detail records and a list of cell site locations illustrate an approximate location of each target cell phone when it initiated contact with the network.

**2.1        Cell Site Locations**
Cell sites in existence during the time of the incident were input into mapping software using latitude/longitude coordinates of the cell sites provided by the service provider through the National Domestic Communications Assistance Center (NDCAC). The cell sites associated with the target cell phone were plotted utilizing the mapping software and cell site data.

**3.        Conclusions**
A historical cell site analysis was performed on the call detail records for the target cell phone.  The methods detailed in Sections 2 and 2.1 were used to produce the attached historical cell site analysis maps.

**Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**



Case 1:22-cr-00352-JSR   Document 148-1   Filed 02/14/22   Page 8 of 37



- Typical towers are configured with three sectors

- The center of each sector is identified by an azimuth (compass direction) expressed in degrees

- Unless otherwise noted, each sector covers approximately 120°



**Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**




# MAP ILLUSTRATIONS

## Three Sector Illustration



| LEGEND |
|--------|
| ● Cell Tower |

- Active sectors are displayed as a wedge with a shaded arc

- The shaded arc solely indicates the general direction of the radio frequency signal

- The sector orientation can vary by cell site and service provider

## Event Box Illustration



**❶** Cell ID Number (Unique within each network)
**❷** Date of Records
**❸** Local Time
**❹** Direction: Incoming Call, Outgoing Call, Forwarded
**❺** Duration in Seconds (Voice)
**❻** Event Type:  Voice, Voicemail, SMS
**❼** Number Associated with Entry (non-Target Number)

* In the example above, Target Number (347) 233-9164, made an outgoing voice call to (347) 702-3297 at 10:06 AM on 9/15/2020.  The call lasted for 729 seconds (12 minutes and 9 seconds).

**Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**

# GEOGRAPHIC OVERVIEW





LEGEND

● T-Mobile Cell Tower

# CELL PHONE ATTRIBUTION



347-233-9164 – McGee

347-445-8914 – Hasim

347-471-9646 – Pereira

347-552-8393 – Lacewell

347-662-1334 – Jackson

347-861-1248 – Dore

718-414-9771 – Small

929-320-8554 – Jatiek (1)

929-263-5126 – Jatiek (2)


**347-233-9164 – McGee**
**347-471-9646 – Pereira**





CID 47907-1 ⊠

**09/15/2020**
10:39:47 AM
10:48:14 AM
10:49:29 AM
10:49:33 AM
10:50:32 AM

**347-471-9646 – Pereira**

## LEGEND

■ 119-53 229th St, Cambria Heights, NY 11411

● T-Mobile Cell Tower



CID 58660-2
09/15/2020
11:32:30 AM

CIDs 47907-11, 47907-1
09/15/2020
11:23:37 AM
11:33:25 AM
11:34:40 AM

CID 45027-77
09/15/2020
11:22:37 AM

CID 45585-3
09/15/2020
11:20:29 AM

CID 41086-3
09/15/2020
11:19:17 AM

347-233-9164 – McGee
347-471-9646 – Pereira

LEGEND

119-53 229th St, Cambria Heights, NY 11411

T-Mobile Cell Tower




347-233-9164 – McGee

347-471-9646 – Pereira

718-414-9771 – Small

November 13, 2020  8:25 AM - 10:39 AM   Case 1:21-cr-00392-FB   Document 148-1   Filed 02/14/23   Page 16 of 37
347-471-9646 and 718-414-9771

Page 11







CIDs 41395-3, 41395-9,

**11/13/2020**
10:49:27 AM
11:45:23 AM
11:53:36 AM
12:01:36 PM
12:05:02 PM
12:05:54 PM
12:23:50 PM

**347-471-9646 – Pereira**

**LEGEND**

505 E 93rd St, Brooklyn, NY 11212

T-Mobile Cell Tower







CID 56208-1
11/13/2020
12:41:01 PM

CID 135582-6
11/13/2020
12:42:36 PM

CID 41395-3
11/13/2020
12:41:01 PM
12:46:17 PM
12:47:55 PM

CID 56421-8
11/13/2020
12:46:17 PM

CID 112021-171
11/13/2020
12:48:20 PM
12:48:23 PM

CIDs 55916-7, 55916-8
11/13/2020
12:46:47 PM
12:48:20 PM

347-233-9164 – McGee
347-471-9646 – Pereira
718-414-9771 – Small

**LEGEND**

505 E 93rd St, Brooklyn, NY 11212

● AT&T Cell Tower

● T-Mobile Cell Tower

**347-471-9646 – Pereira**

**347-861-1248 – Dore**

**929-320-8554 – Jatiek (1)**

**929-263-5126 – Jatiek (2)**



347-861-1248

CID 43381-17
01/14/2021
7:52:24 PM

CID 44647-8
01/14/2021
7:37:29 PM

CID 133512-62
01/14/2021
7:35:38 PM

**347-861-1248 – Dore**

**LEGEND**

244 Montrose Ave, Brooklyn, NY 11206

T-Mobile Cell Tower







CID 55724-3
01/14/2021
7:51:37 PM

CID 54222-1
01/14/2021
7:36:44 PM

CID 53678-2
01/14/2021
7:37:29 PM

**929-320-8554 – Jatiek (1)**

NOTE:  Cellular network not displayed

**LEGEND**

244 Montrose Ave, Brooklyn, NY 11206





CIDs 43381-17, 134562-62...
01/14/2021
9:30:40 PM
9:35:52 PM
9:37:29 PM
9:38:56 PM

CID 137444-1
01/14/2021
8:04:13 PM
8:05:08 PM
10:14:17 PM

CID 41378-1
01/14/2021
8:25:54 PM
9:02:01 PM
9:38:54 PM
10:06:46 PM
10:11:08 PM

CID 133487-63
01/14/2021
8:28:49 PM

CID 55104-7
01/14/2021
9:38:33 PM

CID 48023-3
01/14/2021
8:42:16 PM

347-471-9646 – Pereira
347-861-1248 – Dore
929-320-8554 – Jatiek (1)
929-263-5126 – Jatiek (2)

**LEGEND**

244 Montrose Ave, Brooklyn, NY 11206

T-Mobile Cell Tower



**718-414-9771 – Small**

**718-414-9771**





347-662-1334 – Jackson

347-861-1248 – Dore

718-414-9771 – Small

929-320-8554 – Jatiek (1)

929-263-5126 – Jatiek (2)



**CID 45130-3**
**05/24/2021**
8:19:21 PM
8:20:07 PM
8:21:05 PM
8:23:28 PM
8:32:21 PM
8:34:27 PM

**CID 41211-2**
**05/24/2021**
8:08:06 PM

**347-662-1334 – Jackson**

## LEGEND

123-16 145th St, Queens, NY 11436

T-Mobile Cell Tower




**347-445-8914 – Hasim**

**347-552-8393 – Lacewell**

**347-662-1334 – Jackson**

**347-861-1248 – Dore**

**929-320-8554 – Jatiek (1)**

**929-263-5126 – Jatiek (2)**



CID 53949-4

**10/18/2021**
11:29:47 AM
11:48:20 AM
11:49:48 AM
12:26:11 PM
1:19:48 PM
1:28:05 PM
1:29:14 PM
1:50:30 PM
1:52:43 PM
1:53:34 PM

**347-861-1248 — Dore**

**LEGEND**

37 Reiss Ln, Staten Island, NY 10304

T-Mobile Cell Tower





347-445-8914 - Hasim
347-552-8393 – Lacewell
347-662-1334 – Jackson
347-861-1248 – Dore
929-320-8554 – Jatiek (1)
929-263-5126 – Jatiek (2)

**LEGEND**

37 Reiss Ln, Staten Island, NY 10304

T-Mobile Cell Tower

CID 44559-8
10/18/2021
2:47:22 PM

CID 125769-2
10/18/2021
2:54:08 PM

CID 53949-4
10/18/2021
2:01:38 PM    2:30:20 PM
2:02:22 PM    2:30:42 PM
2:12:43 PM    2:31:05 PM
2:19:43 PM    2:31:45 PM
2:20:37 PM    2:32:31 PM
2:26:59 PM    2:32:48 PM
2:27:41 PM    2:34:06 PM
2:28:20 PM    2:35:58 PM
2:28:46 PM    2:38:03 PM
2:28:55 PM    2:47:51 PM
2:29:29 PM    2:53:21 PM

CID 41699-3
10/18/2021
2:54:59 PM



END OF REPORT



THIS PAGE INTENTIONALLY LEFT BLANK.

**Exhibit B**

## CURRICULUM VITAE



### *Richard V. C. Busick V*
Federal Bureau of Investigation
New York Office
26 Federal Plaza
New York, New York 10278
rvbusick@fbi.gov

---

## PROFESSIONAL EXPERIENCE

---

**Federal Bureau of Investigation**                                             New York, NY
*Special Agent*                                                       June 2002 – Present

Certified member of the Cellular Analysis Support Team (CAST).  Assigned to the Operational Support Division to provide CAST services to the Criminal Division of the New York Office.  Analyze call detail records (CDRs), historical cell site information, Google precision location information, and other cellular telephone, social media, and internet records in furtherance of priority investigations and to locate victims and subjects in exigent situations.

Assigned to the Joint Bank Robbery/Violent Crime Task Force from September 2011 to October 2021.  Conducted investigations into federal violent crimes including bank robbery, armored car robbery, kidnapping, assaults on federal officials, interstate threats, crimes on the high seas, Hobbs Act robbery, murder for hire, and others.  Regularly utilized records including CDRs, historical cell site, and a variety of other data sources to further these investigations and locate subjects, missing persons, and kidnap victims.

Previous assignments include investigating violent crimes and gangs as part of the Hudson Valley Safe Streets Task Force (2009 – 2011), investigating international money laundering and drug trafficking on the New York Organized Crime Drug Enforcement Strike Force (2004 – 2009), and conducting counterterrorism investigations on the Joint Terrorist Task Force (2002 – 2004).  These assignments required extensive use of sophisticated investigative techniques including pen registers, Global Positioning System (GPS) tracking, Title III electronic intercepts, and others.  Assigned to the New York Special Weapons and Tactics (SWAT) Team (2007 – 2018) and served as an assault team leader (2013 – 2018), regularly utilizing historical and real-time mobile device geolocation data to locate targets prior to and during SWAT missions.  Deployed to Iraq (2007) and Afghanistan (2010) on assignments in furtherance of the FBI's counterterrorism mission and in support of U.S. and Coalition Forces.

**United States Navy Reserve – Office of Naval Intelligence**                        Fort Dix, NJ
*Intelligence Officer*                                                 May 2018 – Present

Serve as a Division Officer in the Operations Department of a Navy Reserve unit supporting the Office of Naval Intelligence – Nimitz Maritime Intelligence Center.  Lead and oversee enlisted Intelligence Specialists collecting intelligence and conducting analysis on transnational threats in the maritime domain.  This mission includes identifying, characterizing, and tracking vessels of interest using commercial software, open sources, and signals intelligence capabilities as well as providing analysis in response to specific tasking and standing requirements.

**Manchester Police Department**                                          Manchester, CT
*Police Officer*                                         September 1996 – June 2002

Responded to emergencies and other calls for service, conducted investigations of a variety of incidents and criminal offenses.  Enforced motor vehicle and criminal laws.  Authored arrest and search warrants.  Searched for and located missing persons.  Located and arrested wanted persons and fugitives.  Served as Field Training Officer and trained new police officers on all facets of the duties of a patrol officer as part of a formalized field training program.  Served as a member of a regional SWAT team which involved responding to critical incidents and safely apprehending armed and dangerous or otherwise violent persons.

## EDUCATION

Johns Hopkins University, *Master of Arts in Government*            Washington, DC    2020
Johns Hopkins University, *Graduate Certificate in Intelligence*     Washington, DC    2016
The College of William and Mary in Virginia, *Bachelor of Arts in Sociology*    Williamsburg, VA    1997

## PROFESSIONAL TRAINING

**Cellular Analysis Survey Team (CAST) Recertification Conference** (March 2022) – 24 hour course including instruction from the major cellular providers, Apple, Ford, and other representatives from the telecommunications and social media industry.  Topics covered included technology and network updates, Radio Frequency (RF) and cellular network engineering with regard to locating mobile devices, analysis of historical cell site and geolocation data including the use of data session records, connected cars and vehicle telematics, and other related topics.

**CAST Certification Course** (August – September 2021) – 160 hour course including 40 hours of instruction from the Florida Institute of Technology on RF Theory and cellular networks including Global System for Mobile communications (GSM), Code Division Multiple Access (CDMA), Universal Mobile Telecommunications Service (UMTS), Long Term Evolution (LTE), and Fifth Generation Mobile Network (5G) protocols.  Classroom and hands-on training on the use of the Gladiator Autonomous Receiver (GAR) for mobile drive testing.  Received instruction directly from the cellular providers and their engineers for each of the four major cellular carriers, AT&T, T-Mobile, U.S. Cellular, and Verizon. Received legal training and instruction on providing expert witness testimony.

**CAST Critical Incident Readiness Assessment** (June 2021) – 32 hour field training exercise focused on mobile device geolocation related to critical incidents in a time-sensitive environment.  The course utilized practical case scenarios requiring students to apply their understanding of cellular theory to the analysis of CDRs with historical cell site information to identify a target device and user, geolocate the device or devices, and produce a graphic report illustrating their findings.

**CAST Advanced Historical Cell Site Analysis Course** (April 2021) – 40 hours of instruction on cellular theory and analysis of CDRs with historical cell site information through hands-on analysis of various case studies.  Discussion of the network setup and records of each cellular provider.  Instruction on creation of cellular analysis reports.

**CAST Basic Historical Cell Site Analysis Course** (June 2019) - 24 hours of instruction including an introduction to cellular theory and the analysis of CDRs with historical cell site information from the major cellular providers.

**Reserve Naval Intelligence Officer Basic Course** (March 2019, February 2020) – 264 hours of instruction in the various disciplines of intelligence including geospatial and signals intelligence collection, intelligence analysis, and the intelligence cycle.  Instruction on naval operations and intelligence in the maritime domain as well as in support of naval and joint operations ashore.

**Federal Bureau of Investigation New Agents Training** (June – September 2002) – 16 week basic training course for new Agents including legal, procedural, investigational, technical, firearms, and tactical instruction.

**Connecticut Police Officer Standard and Training Council Police Academy** (September 1996 – January 1997) – 16 week basic training course for police officers including legal, procedural, operational, firearms, and tactical instruction.

## AWARDS

- FBI Director's Award for Distinguished Service to the Law Enforcement Community (2016)
- FBI Director's Award for Excellence in the HUMINT Program (2011)

## INSTRUCTION PROVIDED

- CAST Basic Historical Cell Site Analysis Course, Boston, MA (July 2022) – 80 students
- International Homicide Investigator's Association – CAST Overview, Nashua, NH (May 2022) – 75 students
- CAST Basic Historical Cell Site Analysis Course, New York, NY (February 2022) – 32 students
- CAST Basic Historical Cell Site Analysis Course, Newark, NJ (December 2021) – 25 students

**EXPERT TESTIMONY**

- *U.S. v. AL MALIK ALSHAHHI, ET AL,* U.S. District Court for the Eastern District of New York (October 2022)
- *U.S. v. ANTHONY ZOTTOLA, ET AL,* U.S. District Court for the Eastern District of New York (October 2022)
- *U.S. v. ANTHONY PANDRELLA,* U.S. District Court for the Eastern District of New York (June 2022)
- *U.S. v. TAWANNA HILLIARD,* U.S. District Court for the Eastern District of New York (April 2022)
- *U.S. v. ERIC SPENCER,* U.S. District Court for the Southern District of New York (March 2022)
- *U.S. v. ZHONGSAN LIU,* U.S. District Court for the Southern District of New York (March 2022)
- *U.S. v. TYREIK JACKSON,* U.S. District Court for the Eastern District of New York (February 2022)

*Updated October 2022*