UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA,

       -against-

SEQUAN JACKSON
                    Defendant

22 Cr. 352 (JSR)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that I am admitted to practice in this Court and that I am entering my appearance as co-counsel in this case for the defendant **Sequan Jackson**

Dated: March 8, 2023

Respectfully Submitted,

*/s/ Chris La Tronica*

Chris La Tronica
Attorney for Sequan Jackson
Law Offices of Chris La Tronica
34 N 7th St, PH2B
Brooklyn, New York 11249
P: (203) 824-2574
E: cmlatronica.law@gmail.com