```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America            :
                                    :   22 ___ CR 352 ___ (JSR)
                                    :
         -against-                  :           ORDER
                                    :
Sequan Jackson                      :
                                    :
              Defendant             :
------------------------------------x
```

**ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.

_____
United States District Judge

Dated: 3-15-23
New York, New York