UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                               :
UNITED STATES OF AMERICA       :
                               :     **ORDER**
            - v. -             :
                               :     S2 22 Cr. 352 (JSR)
SEQUAN JACKSON,                :
    a/k/a "Supa,"              :
                               :
            Defendant.         :
                               :
------------------------------ x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on April 14, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         April 18, 2023

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE