UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

SEQUAN JACKSON,

Defendant.

**SEALED ORDER**

22 Cr. 352 (JSR)

WHEREAS, an application has been made by the United States of America, with the defendant's consent, for the closing of the courtroom for the above-captioned defendant's guilty plea (the "Proceeding"); the sealing of the transcript of such Proceeding and the plea agreement; and the temporary delay of any docket entries in the above-captioned case;

WHEREAS, the Court finds that the safety of the defendant and others may be placed at risk if the Government's application is not granted;

THE COURT HEREBY FINDS that, for the reasons set forth in the Government's application dated April 12, 2023, the Proceeding cannot be further delayed without serious harm to the interests of justice.

IT IS HEREBY ORDERED that the courtroom shall be closed for the Proceeding; the transcript of the Proceeding, the plea agreement between the defendant and the Government, this Order, and the Government's application for this Order, shall be sealed; and

1

IT IS FURTHER ORDERED that no docket entries, including any notice of the Proceeding, shall be made in the above-captioned matter until further order by this Court;

IT IS ORDERED that counsel for the defendant and the Government may be provided a copy of the transcript of the Proceeding without further Order of the Court; and

IT IS FINALLY ORDERED that the Government may be permitted without further order of this Court to provide copies of the above-referenced materials as need be to personnel assisting the Government in the investigation and prosecution of this matter and to disclose such materials as necessary to comply with discovery and disclosure obligations in any prosecutions related to this matter.

SO ORDERED:

Dated:   New York, New York
         April 14, 2023

_____
THE HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK